**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Ms. Wright
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-201-4570


**Kelly D. Jones, OSB No. 074217**
Of Attorneys for Ms. Wright
819 SE Morrison St., Suite 255
Portland, Oregon 97214
kellydonovanjones@gmail.com
Direct 503-847-4329

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WRIGHT**, | Case No. 3:17-cv-01066-PK |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO STAY** |
| **DEVOS**, Secretary of the U.S. Department of Education, | |
| Defendant. | |

## LR 7-1 CERTIFICATION

I conferred with defendant's counsel and this motion is not opposed.

**UNOPPOSED MOTION TO STAY** – Page 1 of 3

## MOTION

Under this Court's inherent authority, plaintiff moves for an order staying all deadlines and proceedings in this action for 150 days or until the Department of Education decides plaintiff's borrower defense application, which, if granted, will moot this action. *Oregon, ex rel. Kroger v. Johnson & Johnson*, No. 11-CV-86-AC, 2011 WL 1347069, at *2 (D. Or. Apr. 8, 2011) (district courts have authority to stay proceedings "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.") (internal citation omitted).

## CONCLUSION

For this reason, plaintiff respectfully requests an order staying this action.

September 28, 2017

        **RESPECTFULLY FILED,**

        s/ Michael Fuller
        **Michael Fuller, OSB No. 09357**
        Lead Trial Attorney for Ms. Wright
        Olsen Daines PC
        US Bancorp Tower
        111 SW 5th Ave., Suite 3150
        Portland, Oregon 97204
        michael@underdoglawyer.com
        Direct 503-201-4570

# CERTIFICATE OF SERVICE

I certify that I served this document and all attachments on all parties to this action by email via ECF.

September 28, 2017

                                            s/ Michael Fuller
                                            **Michael Fuller, OSB No. 09357**
                                            Lead Trial Attorney for Ms. Wright
                                            Olsen Daines PC
                                            US Bancorp Tower
                                            111 SW 5th Ave., Suite 3150
                                            Portland, Oregon 97204
                                            michael@underdoglawyer.com
                                            Direct 503-201-4570