CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 514-4964; (202) 616-8098
karen.s.bloom@usdoj.gov; robert.c.merritt@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NIESHA WRIGHT,<br><br>        *Plaintiff*, | Case 3:17-cv-01066-PK |
| v.<br><br>ELISABETH DEVOS,<br><br>        *Defendant*. | **JOINT STATUS REPORT** |

On October 2, 2017, this Court granted Plaintiff's unopposed motion to stay this case.

ECF 10, 11. The parties now submit this Joint Status Report, per the Court's October 2 order. *Id.*

There have been no developments as yet to warrant this Court's lifting its stay of this

case.

The parties will file another status report by July 24, 2018.

Dated: May 29, 2018                    Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
KAREN S. BLOOM (DC # 499425)
Senior Counsel
R. CHARLIE MERRITT (VA # 89400)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 514-4964; (202) 616-8098
karen.s.bloom@usdoj.gov
robert.c.merritt@usdoj.gov

*Counsel for Defendant*

*/s/ Michael Fuller*
**Michael Fuller, OSB No. 09357**
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-201-4570

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was delivered to all counsel of record via the Court's ECF notification system.

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT