JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098
robert.c.merritt@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| NIESHA WRIGHT,  *Plaintiff*, v. ELISABETH DEVOS,  *Defendant*. | Case 3:17-cv-01066-JR  **JOINT STATUS REPORT** |
|---|---|

On October 2, 2017, this Court granted Plaintiff's unopposed motion to stay this case. ECF 10, 11. The parties now submit this Joint Status Report, per the Court's October 2 order. *Id*.

On September 12, 2018, a decision was entered in a similar case, *Bauer v. DeVos*, No. 17-cv-1330, 2018 WL 4353656 (D.D.C. Sept. 12, 2018), brought by two individual student borrowers and a coalition of 18 states and the District of Columbia.

This case is stayed, however, until the Department of Education decides plaintiff's borrower defense application. *See* ECF No. 10. Because the Department reports that this has not yet occurred, there have been no developments as yet to warrant this Court's lifting its stay of this case.

The parties will file another status report by November 20, 2018.

Dated: September 21, 2018               Respectfully submitted,


                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        MARCIA BERMAN
                                        Assistant Branch Director

                                        */s/ Karen S. Bloom*
                                        KAREN S. BLOOM (DC # 499425)
                                        Senior Counsel
                                        R. CHARLIE MERRITT (VA # 89400)
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        919 East Main Street, Suite 1900
                                        Richmond, VA 23219
                                        (202) 616-8098
                                        robert.c.merritt@usdoj.gov

                                        *Counsel for Defendant*


                                        */s/ Michael Fuller*
                                        **Michael Fuller, OSB No. 09357**
                                        Olsen Daines PC
                                        US Bancorp Tower
                                        111 SW 5th Ave., Suite 3150
                                        Portland, Oregon 97204
                                        michael@underdoglawyer.com
                                        Direct 503-201-4570

                                        *Counsel for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion was delivered to all counsel of record via the Court's ECF notification system.

*/s/ Karen S. Bloom*
KAREN S. BLOOM