Michael Fuller, OSB No. 09357
Lead Attorney for Ms. Wright
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-743-7000

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WRIGHT** | Case No. 3:17-cv-01066-JR |
| Plaintiff | |
| vs. | **DECLARATION OF MICHAEL FULLER** |
| **DEVOS**, Secretary of the U.S. Department of Education | **IN SUPPORT OF MS. WRIGHT'S RESPONSE IN OPPOSITION TO** |
| Defendant | **MOTION TO STAY** |

**DECLARATION**

I, Michael Fuller, declare the following under penalty of perjury:

1. I am over the age of 18 and have personal knowledge of the facts

   I am testifying to in this declaration.

**DECLARATION OF MICHAEL FULLER** – Page 1 of 5

2. In July 2017 Ms. DeVos was sued in her capacity as United States Secretary of Education by Ms. Wright and various other student loan borrowers throughout the country. The lawsuits against Ms. DeVos were based on her alleged violation of the Administrative Procedures Act. Ms. Wright initially agreed to stay her case while Ms. DeVos decided whether or not to process her application for loan forgiveness. Over a year went by and Ms. DeVos denied all liability under the Administrative Procedures Act and never processed Ms. Wright's application. Then, in September 2018, Ms. DeVos was held in violation of the Administrative Procedures Act by the United States District Court for the District of Columbia, and Ms. DeVos's notice that triggered the lawsuits against her was vacated. Ms. Wright is represented by pro bono counsel in this lawsuit and intends to seek reimbursement of her costs from Ms. DeVos, including her $400 filing fee and service of process expenses. In the last status report to this Court, Ms. DeVos represented that she would continue discussions to resolve the sole remaining issue of costs. Since that time Ms. Wright has heard nothing from Ms. DeVos in this regard.

3. Ms. Wright was compelled to file this lawsuit based on Ms. DeVos's violation of the Administrative Procedures Act and Ms. DeVos's refusal to process Ms. Wright's application to forgive the predatory student loans Ms. Wright incurred at the now-defunct ITT Technical Institute. Ms. Wright waited faithfully for well over a year for Ms. DeVos to process her application for loan forgiveness while this case remained stayed. Now, after Ms. DeVos has been held in violation of the Administrative Procedures Act and conceded her legal position, and the only remaining issue is the reimbursement of Ms. Wright's costs, Ms. DeVos again seeks to delay Ms. Wright's access to justice, now for an indefinite period of time, while Ms. DeVos's employer sorts out its self-inflicted internal budget issues. President Trump has indicated that the government shutdown may last for "months or even years". It is not fair for Ms. Wright and her pro bono attorneys to be trapped in this litigation indefinitely under these circumstances, when the only remaining issue is Ms. Wright's entitlement to reimbursement of her filing fee and service of process expenses.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

January 16, 2019

                            **RESPECTFULLY FILED,**

                            s/ Michael Fuller
                            **Michael Fuller, OSB No. 09357**
                            Lead Trial Attorney for Ms. Wright
                            OlsenDaines
                            US Bancorp Tower
                            111 SW 5th Ave., Suite 3150
                            Portland, Oregon 97204
                            michael@underdoglawyer.com
                            Direct 503-743-7000

# CERTIFICATE OF SERVICE

      I certify that I served this document and all attachments on all parties to this action by email via ECF.

January 16, 2019

                s/ Michael Fuller
                **Michael Fuller, OSB No. 09357**
                Lead Trial Attorney for Ms. Wright
                OlsenDaines
                US Bancorp Tower
                111 SW 5th Ave., Suite 3150
                Portland, Oregon 97204
                michael@underdoglawyer.com
                Direct 503-743-7000