JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NIESHA WRIGHT,<br><br>        *Plaintiff,* | Case 3:17-cv-01066-JR |
| v.<br><br>ELISABETH DEVOS,<br><br>        *Defendant.* | **JOINT STATUS REPORT** |

On October 2, 2017, this Court granted Plaintiff's unopposed motion to stay this case. ECF 10, 11. The parties now submit this Joint Status Report pursuant to the Court's orders of October 2, 2017, ECF 11, and January 16, 2019, ECF 32.

As noted in the parties' most recent status report, *see* ECF 27, Defendant believes that this case has become moot and Plaintiff believes that she may be entitled to costs pursuant to 28 U.S.C. § 1920.  At the end of the day on December 21, 2018, the appropriations to the

Department of Justice lapsed, generally prohibiting undersigned counsel for Defendant from

working and limiting the ability of undersigned counsel to engage in substantive communications

during the intervening period.  The parties agree, however, to engage in good faith settlement

negotiations to resolve this matter once Congress appropriates funds for the Department.  The

parties do not object to the stay remaining in place while they continue their discussions and

propose filing another status report by March 24, 2019, if the case has not already been

dismissed by that time.

Dated: January 22, 2019                    Respectfully submitted,


                                           JOSEPH H. HUNT
                                           Assistant Attorney General

                                           MARCIA BERMAN
                                           Assistant Branch Director

                                           */s/ R. Charlie Merritt*
                                           KAREN S. BLOOM (DC # 499425)
                                           Senior Counsel
                                           R. CHARLIE MERRITT (VA # 89400)
                                           Trial Attorney
                                           U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
                                           919 East Main Street, Suite 1900
                                           Richmond, VA 23219
                                           (202) 616-8098
                                           robert.c.merritt@usdoj.gov

                                           *Counsel for Defendant*


                                           */s/ Michael Fuller*
                                           **Michael Fuller, OSB No. 09357**
                                           Olsen Daines PC
                                           US Bancorp Tower
                                           111 SW 5th Ave., Suite 3150
                                           Portland, Oregon 97204
                                           michael@underdoglawyer.com
                                           Direct 503-201-4570

*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing motion was delivered to all counsel of record via the Court's ECF notification system.

*<u>/s/ R. Charlie Merritt</u>*
R. CHARLIE MERRITT