JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| NIESHA WRIGHT, *Plaintiff*, | Case 3:17-cv-01066-JR |
|---|---|
| v.  ELISABETH DEVOS, *Defendant*. | **JOINT STATUS REPORT** |

On October 2, 2017, this Court granted Plaintiff's unopposed motion to stay this case. ECF 10, 11. The parties now submit this Joint Status Report pursuant to the Court's orders of October 2, 2017, ECF 11, and January 16, 2019, ECF 32.

The parties have reached a tentative settlement agreement, but need additional time to finalize the settlement. The parties respectfully request that the stay remain in place while they

do so, and propose filing another status report by May 23, 2019, if the case has not already been dismissed by that time.

Dated: March 25, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R. Charlie Merritt*
KAREN S. BLOOM (DC # 499425)
Senior Counsel
R. CHARLIE MERRITT (VA # 89400)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendant*


*/s/ Michael Fuller*
**Michael Fuller, OSB No. 09357**
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-201-4570

*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing motion was delivered to all counsel of record via the Court's ECF notification system.

*<u>/s/ R. Charlie Merritt</u>*
R. CHARLIE MERRITT
