JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

KAREN S. BLOOM
Senior Counsel
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| NIESHA WRIGHT,<br><br>*Plaintiff,* | Case 3:17-cv-01066-JR |
| v.<br><br>ELISABETH DEVOS,<br><br>*Defendant.* | **JOINT STATUS REPORT** |

On October 2, 2017, this Court granted Plaintiff's unopposed motion to stay this case.

ECF 10, 11. The parties now submit this Joint Status Report pursuant to the Court's orders of

October 2, 2017, ECF 11, and March 25, 2019, ECF 36.

The parties have reached a tentative settlement agreement that is at this time awaiting

final approval by the Plaintiff.  The parties respectfully request that the stay remain in place

while they finalize the settlement, and propose filing another status report by July 22, 2019, if the case has not already been dismissed by that time.

Dated: May 23, 2019                                    Respectfully submitted,


                                                       JOSEPH H. HUNT
                                                       Assistant Attorney General

                                                       MARCIA BERMAN
                                                       Assistant Branch Director

                                                       */s/  Karen S. Bloom*
                                                       KAREN S. BLOOM (DC # 499425)
                                                       Senior Counsel
                                                       R. CHARLIE MERRITT (VA # 89400)
                                                       Trial Attorney
                                                       U.S. Department of Justice
                                                       Civil Division, Federal Programs Branch
                                                       919 East Main Street, Suite 1900
                                                       Richmond, VA 23219
                                                       (202) 616-8098
                                                       robert.c.merritt@usdoj.gov

                                                       *Counsel for Defendant*


                                                       */s/ Michael Fuller*
                                                       **Michael Fuller, OSB No. 09357**
                                                       Olsen Daines PC
                                                       US Bancorp Tower
                                                       111 SW 5th Ave., Suite 3150
                                                       Portland, Oregon 97204
                                                       michael@underdoglawyer.com
                                                       Direct 503-201-4570

                                                       *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing motion was delivered to all counsel of record via the Court's ECF notification system.

*/s/ Karen S. Bloom*
KAREN S. BLOOM
