**Michael Fuller, OSB No. 09357**
Lead Attorney for Ms. Wright
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WRIGHT** | Case No. 3:17-cv-01066-JR |
| Plaintiff | **NOTICE OF DISMISSAL** |
| vs. | |
| **DEVOS**, Secretary of the U.S. Department of Education | |
| Defendant | |

**NOTICE OF DISMISSAL** – Page 1 of 3

## NOTICE OF DISMISSAL

Under FRCP 41 this action is dismissed with prejudice without fees or costs to any party.

July 22, 2019

**RESPECTFULLY FILED,**

s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Ms. Wright
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**NOTICE OF DISMISSAL** – Page 2 of 3

## CERTIFICATE OF SERVICE

      I certify that I served this document and all attachments on all parties to this action by email via ECF.

July 22, 2019

                                      s/ Michael Fuller
                                      **Michael Fuller, OSB No. 09357**
                                      Lead Trial Attorney for Ms. Wright
                                      OlsenDaines
                                      US Bancorp Tower
                                      111 SW 5th Ave., Suite 3150
                                      Portland, Oregon 97204
                                      michael@underdoglawyer.com
                                      Direct 503-222-2000