IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NIESHA WRIGHT,

                Plaintiff(s),

v.

BETSY DEVOS,

                Defendant(s).

Civil No. 03:17-cv-01066-JR

**ORDER OF DISMISSAL**

Based on the Notice of Dismissal [39],

IT IS ORDERED that the Stay of this case is LIFTED and that this action is DISMISSED with prejudice and without fees or costs to any party. Pending motions, if any, are DENIED AS MOOT.

Dated this 22 day of July, 2019.

by _____
Jolie A. Russo
United States Magistrate Judge